HUESTON HENNIGAN LLP
John C. Hueston (164921)
*jhueston@hueston.com*
Steve N. Feldman (281405)
*sfeldman@hueston.com*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

MONROY, AVERBUCK & GYSLER
Jon F. Monroy (51175)
Jennifer E. Gysler (143449)
32123 Lindero Canyon Road, Suite 301
Westlake Village, CA 91361
Telephone: (818) 889-0661
Facsimile: (818) 889-0667

Attorneys for Defendants
NUTRAMARKS, INC., NUTRAPURE, INC., and
NUTRACEUTICAL CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HAMMOCK, SHERRY BENTLEY and LINDA LOVE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>NUTRAMARKS, INC., NUTRAPURE, INC., and NUTRACEUTICAL CORPORATION,<br><br>Defendants. | Case No. 3:15-cv-2056 BTM NLS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date: December 4, 2015<br>Time: 11:00 a.m.<br>Judge: Hon. Barry T. Moskowitz<br>Courtroom: 15B<br><br>Per Chambers, No Oral Argument Unless Requested by The Court<br><br>Complaint Filed: September 15, 2015<br>Trial Date: None Assigned |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 4, 2015 at 11:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Barry T. Moskowitz, located at 333 West Broadway, San Diego, California, 92101, Defendants will and hereby move to dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6).  This Motion is made on the following grounds:

1. Plaintiffs failed to state claims for which relief can be granted because they did not adequately plead that Nutraceutical's products are falsely advertised.
2. Plaintiffs failed to state a claim for injunctive relief because they lack standing to obtain such relief.
3. Plaintiffs failed to state a claim for punitive damages because they failed to adequately plead specific facts to support their claim.
4. Plaintiffs failed to state claims for breach of implied warranty under California and Florida law, as well as breach of express warranty under Florida law because Plaintiffs are not in privity with Nutraceutical.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the supporting declaration and exhibits filed herewith, as well as all other pleadings, records, and papers filed in this action, and upon such matters as may be presented to the Court at the hearing on this Motion.

Dated:  October 9, 2015         HUESTON HENNIGAN LLP


By:     */s/ John C. Hueston*
        John C. Hueston

        Attorneys for Defendants
        NUTRAMARKS, INC., NUTRAPURE, INC., and NUTRACEUTICAL CORPORATION