**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:   (619) 696-9006
Facsimile:    (619) 564-6665
*Attorneys for Plaintiffs*

**HUESTON HENNIGAN LLP**
John C. Hueston, State Bar No. 164921
*jhueston@hueston.com*
Steven N. Feldman, State Bar No. 281405
*sfeldman@hueston.com*
Kathrynne N. Seiden, State Bar No. 310902
*kseiden@hueston.com*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HAMMOCK, SHERRY BENTLEY and LINDA LOVE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRAMARKS, INC., NUTRAPURE, INC., and NUTRACEUTICAL CORPORATION,<br><br>Defendants. | Case No.: 3:15-cv-2056 BTM AGS<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Complaint filed: September 15, 2015 |

**WHEREAS**, Plaintiffs Cynthia Hammock, Sherry Bentley, and Linda Love filed their class action complaint on September 15, 2015;

**WHEREAS**, the claims of Plaintiff Sherry Bentley were voluntarily dismissed on July 5, 2017 (ECF No. 37);

**WHEREAS**, the parties have conducted document and deposition discovery;

**WHEREAS**, following the completion of discovery, and in advance of any class certification motion being filed, Plaintiffs Cynthia Hammock and Linda Love ("Plaintiffs") and Defendants Nutramarks, Inc., Nutrapure, Inc., and Nutraceutical Corporation ("Defendants") have agreed that this action is not suitable for class treatment;

**NOW THEREFORE**, Plaintiffs and Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), for dismissal of Plaintiffs' individual claims, with prejudice, and the class action claims, if any, without prejudice. Each Party agrees to bear their own fees and costs.

Respectfully submitted,

**LAW OFFICES OF RONALD A. MARRON, APLC**

Dated:  September 7, 2017          By:  /s/ *Ronald A. Marron*
                                                   Ronald A. Marron
                                                   Attorneys for Plaintiffs

**HUESTON HENNIGAN LLP**

Dated:  September 7, 2017          By:  /s/ *Steven N. Feldman*
                                                   Steven N. Feldman
                                                   Attorneys for Defendants